NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TINNUS ENTERPRISES, LLC, ZURU LTD.,**
*Plaintiffs-Appellees*

v.

**TELEBRANDS CORPORATION,**
*Defendant-Appellant*

**BED BATH & BEYOND, INC., FRY'S ELECTRONICS, INC., KOHL'S DEPARTMENT STORES, INC., THE KROGER COMPANY, SEARS HOLDING CORPORATION, TOYS 'R' US-DELAWARE, INC., WALGREENS BOOTS ALLIANCE, INC.,**
*Defendants*

---

2017-1175, -1760

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:16-cv-00033-RWS-JDL and 6:16-cv-00034-RWS-JDL, Judge Robert Schroeder III.

Before REYNA, *Circuit Judge*.

**O R D E R**

2  TINNUS ENTERPRISES, LLC v. TELEBRANDS CORPORATION

Upon consideration of the above-captioned appeals from the district court's injunction order and denial of reconsideration of that injunction order,

IT IS ORDERED THAT:

(1) The appeals are consolidated for purposes of briefing and argument. The revised official caption is reflected above.

(2) The court strikes Telebrands Corporation's brief filed on February 15, 2017. Telebrands' consolidated opening brief is due no later than May 8, 2017.

         FOR THE COURT

         /s/ Peter R. Marksteiner
         Peter R. Marksteiner
         Clerk of Court

s31